**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1398**

_____

WILLIAM DAVID JONES,

          Plaintiff - Appellant,

     v.

PETE HEGSETH, The Honorable, Secretary of Defense, United States Department of Defense, Defense Contract Management Agency; DEFENSE CONTRACT MANAGEMENT AGENCY; DEFENSE LOGISTICS AGENCY,

          Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, Chief District Judge.  (3:22-cv-00118-MHL)

_____

Submitted:  January 13, 2026              Decided:  February 19, 2025

_____

Before WILKINSON and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

William David Jones, Appellant Pro Se.  Jonathan Holland Hambrick, Assistant United States Attorney, Elizabeth Wu, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William David Jones appeals the district court's order dismissing without prejudice his amended complaint for failure to comply with the court's earlier order directing him to file a particularized amended complaint.[*] *See Burrell v. Shirley*, 142 F.4th 239, 249 (4th Cir. 2025) ("A court may dismiss a case for failure to . . . comply with court orders.  It can do so pursuant to its inherent power to manage its own affairs."); Fed. R. Civ. P. 41(b) (authorizing district court to dismiss action for failure to comply with court order upon motion of defendant).  Having thoroughly reviewed the record and Jones's arguments on appeal, we conclude that the district court did not abuse its discretion in dismissing Jones's amended complaint.  *See Attkisson v. Holder*, 925 F.3d 606, 620 (4th Cir. 2019) (discussing standard of review).  Accordingly, we affirm the district court's order. *Jones v. Austin*, No. 3:22-cv-00118-MHL (E.D. Va. Mar. 4, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Because the district court did not grant Jones leave to amend, we have jurisdiction to hear this appeal.  *See Britt v. DeJoy*, 45 F.4th 790, 791 (4th Cir. 2022) (en banc) (order).